*Law Offices*
**MORGAN, LEWIS & BOCKIUS LLP**
**(Pennsylvania Limited Liability Partnership)**
**502 Carnegie Center**
**Princeton, NJ  08540-6241**
**609.919.6600 / 6701 (fax)**
**Rene M. Johnson**
**Joseph A. Nuccio**
**Attorneys for Defendants**
**Moody's Investors Service, Inc., and**
**Moody's Corporation**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PAUL BIENSTOCK,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**MOODY'S INVESTORS SERVICES and MOODY'S CORPORATION,**<br><br>　　　　**Defendants.** | **Civil Action No. 09-2858 (SHS-RLE)**<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>*ELECTRONICALLY FILED* |

　　　　PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, Affidavit of Michael Rowan and exhibit thereto, Declaration of Joseph A. Nuccio and exhibit thereto, and all of the papers and proceedings herein, Defendants Moody's Investors Service, Inc. (improperly sued as "Moody's Investors Services") and Moody's Corporation, through their undersigned counsel, will move this Court on a date to be determined, before the Honorable Sidney H. Stein, United States District Court Judge for the Southern District of New York, for an Order, pursuant to Rule 12(b)(6) and/or 56 of the Federal Rules of Civil Procedure, granting

Defendants' motion to dismiss the Complaint, or, in the alternative, granting Defendants' motion for summary judgment.

                                      Respectfully submitted,

                                      **Morgan, Lewis & Bockius LLP**
                                      Attorneys for Moody's Investors Service, Inc., and Moody's Corporation

                                        s/ René M. Johnson
                                        René M. Johnson

Dated:  May 18, 2009                  Joseph A. Nuccio