```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-14-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL BIENSTOCK,

                **Plaintiff,**

    - against -

MOODY'S INVESTORS SERVICES, INC., et al.,

                **Defendant.**

**ORDER**

**09 Civ. 2858 (SHS) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

Following an initial conference with the Parties on July 14, 2009,

**IT IS HEREBY ORDERED** that discovery in this matter is **STAYED** until resolution of the pending dispositive motion before Judge Stein.

**IT IS FURTHER ORDERED** that discovery in this matter shall extend for **SIXTY (60) DAYS** following the entry of an opinion on the pending motion, should that opinion not result in termination of this action.

**SO ORDERED this 14th day of July 2009**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge