UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
PAUL BIENSTOCK, :
:
                Plaintiff, :     09 Civ. 2858 (SHS)
:
:     ORDER
     -against- :
:
MOODY'S INVESTORS SERVICES and :
MOODY'S CORPORATION :
:
               Defendants. :
:
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/09
```

SIDNEY H. STEIN, U.S. District Judge.

    For the reasons set forth on the record today, defendants' motion to dismiss the complaint is denied and defendants' alternative request to convert the motion into one for summary judgment is also denied.

    It is further ordered that the last date for discovery is April 30, 2010 and the next pretrial conference in this matter will be held on that date at 10 a.m. Any discovery disputes shall be brought to the Court's attention far enough in advance of the April 30 conference such that they can be resolved before the conference.

Dated: New York, New York
         December 21, 2009

                                                    SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.