USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PAUL BIENSTOCK,                              :        09 Civ. 2858 (SHS)

                Plaintiff,       :

    -against-                              :        <u>ORDER</u>

MOODY'S INVESTORS SERVICES, INC., and        :
MOODY'S CORPORATION,
                                              :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that for the reasons set forth on the record,

defendants' motion for summary judgment [Dkt. No. 23] is granted.

Dated: New York, New York
       November 23, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.